UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CASCADIA WILDLANDS PROJECT, OREGON NATURAL RESOURCES COUNCIL FUND, AND LEAGUE OF WILDERNESS DEFENDERS – BLUE MOUNTAINS BIODIVERSITY PROJECT,

Plaintiffs,

vs.

LINDA GOODMAN, Regional Forester for Region 6, and the UNITED STATES FOREST SERVICE,

Defendants.

Civ. Case No. 04-1424-HO

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS

The matter is before the Court on the parties' joint motion to dismiss the claims in the litigation. Based on the parties' stipulation, the Court hereby GRANTS the parties' request. It is hereby ORDERED that the case is DISMISSED WITH PREJUDICE according to the terms of the stipulation.

It is so ORDERED.

Dated this 16th day of August, 2005.

*/s/ Michael R. Hogan*
HON. MICHAEL HOGAN
UNITED STATES DISTRICT JUDGE

PAGE 1 – [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS